ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-135 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| NICOLAS VASQUEZ, II, | DATE: August 25, 2025 |
| Defendant. | TIME: 10:00 a.m. COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 25, 2025.

2. By this stipulation, defendant now moves to continue the status conference until **October 20, 2025 at 10:00 a.m.,** and to exclude time between August 25, 2025, and October 20, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes video footage, photographs and police reports. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time because she was recently appointed

as the defendant's third attorney since indictment. Counsel will need time to review the discovery, consult with her client, review the plea agreement, perform legal research and investigation and otherwise prepare for trial.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 25, 2025 to October 20, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 18, 2025                        ERIC GRANT
                                                 United States Attorney

                                                 /s/ HEIKO P. COPPOLA
                                                 HEIKO P. COPPOLA
                                                 Assistant United States Attorney

Dated: August 18, 2025                        /s/ DANICA MAZENKO

```
                                    _____
                                    DANICA MAZENKO
                                    Counsel for Defendant
                                    NICOLAS VASQUEZ, II
```

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: August 18, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE