DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
Attorney for Nicolas Vasquez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:25-CR-135 |
|---|---|
| Plaintiff, | |
| vs. | **MOTION AND ORDER TO ALLOW SEALED PROCEEDINGS TO BE TRANSCRIBED** |
| NICOLAS VASQUEZ, | |
| Defendant. | |

Nicolas Vasquez, by and through his counsel, Danica Mazenko, hereby requests that this Court allow the sealed proceedings held before District Judge William B. Shubb on June 23, 2025 to be transcribed.

Counsel requires full transcripts of these proceeding in order to fully understand and appreciate the Court's statements to Mr. Vasquez prior to her appointment.

Accordingly, the defense respectfully requests that this Court authorize the expedited transcription of the sealed portions of the hearing held on June 23, 2025.

Dated: September 25, 2025                             Respectfully submitted,

                                                      */s/ Danica Mazenko*
                                                      DANICA MAZENKO
                                                      Attorney for Mr. Vasquez

- 1 –

ORDER

It is ordered that current defense counsel is authorized to obtain the transcripts for the proceedings held before William B. Shubb on June 23, 2025. The estimated cost of the expedited transcripts is $70.20.

IT IS SO ORDERED.

Dated:  September 26, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE