DANICA MAZENKO
California Bar No. 330710
D Mazenko Law
2443 Fair Oaks Bl, #486
Sacramento, CA 95825669-5693
DMazenkoLaw@gmail.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>NICOLAS VASQUEZ,<br><br>                    Defendant. | CASE NO. 2:25-cr-135-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 26, 2026<br>TIME: 10:00 a.m.<br>COURT: Hon. William B. Shubb |

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      This matter currently is set for a status hearing on January 26, 2025, and time has been excluded under the Speedy Trial Act through that date, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4].

2.      By this stipulation, the parties request that this Court continue the hearing to **March 16, 2026, at 10:00 a.m.,** and exclude time from January 26, 2026, through March 16, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.      The parties agree and stipulate, and request the Court find, the following:

a)      The government has produced discovery associated with this case that includes investigative reports and related documents in electronic form, including several video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b)      Counsel for defendant desires additional time to review the discovery, consult with her clients, review the current charges, and conduct investigation and research related to those charges.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 26, 2026, to March 16, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 21, 2026                                    ERIC GRANT
                                                           United States Attorney

                                                           */s/ Heiko Coppola*
                                                           HEIKO COPPOLA
                                                           Assistant United States Attorneys

Dated:  January 21, 2026                                    /s/ DANICA MAZENKO
                                                           DANICA MAZENKO
                                                           Counsel for Defendant
                                                           NICOLAS VASQUEZ

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  January 21, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE