DANICA MAZENKO
California Bar No. 330710
D Mazenko Law
2443 Fair Oaks Bl, #486
Sacramento, CA 95825669-5693
DMazenkoLaw@gmail.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>                    v.<br><br>NICOLAS VASQUEZ,<br><br>                         Defendant. | CASE NO. 2:25-cr-135-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 16, 2026<br>TIME: 10:00 a.m.<br>COURT: Hon. William B. Shubb |

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter currently is set for a status hearing on March 16, 2026, and time has been excluded under the Speedy Trial Act through that date, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4].

2. By this stipulation, the parties request that this Court continue the hearing to **April 6, 2026, at 10:00 a.m.**, and exclude time from March 16, 2026, through April 6, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request the Court find, the following:

    a) The government has produced discovery associated with this case that includes investigative reports and related documents in electronic form, including several video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b)    Counsel for defendant desires additional time to review the discovery, consult with her clients, review the current charges, and conduct investigation and research related to those charges.

c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)    The government does not object to the continuance.

e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the date prescribed by the Speedy Trial Act.

f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 16, 2026, to April 6, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 11, 2026

ERIC GRANT
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant United States Attorneys

Dated:  March 11, 2026

/s/ DANICA MAZENKO
DANICA MAZENKO
Counsel for Defendant
NICOLAS VASQUEZ

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.


Dated:  March 12, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3